UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

- against -

ARTEM ALEKSANDROVYCH STRYZHAK,

Defendant.

– – – – – – – – – – – – – – – – – X

FINAL ORDER OF FORFEITURE

23-CR-324 (PKC)
25-CR-381 (PKC)

WHEREAS, on or about December 19, 2025, Artem Aleksandrovych Stryzhak (the "defendant"), entered a plea of guilty to the offense charged in Count Five of the above-captioned Superseding Indictment, charging a violation of 18 U.S.C. § 371; and Count One of the Middle District of Florida (M.D.F.L.) indictment in *United States v. Stryzhak*, 6:24-CR-171 (CEM) (LHP), charging a violation of 18 U.S.C. § 371; and

WHEREAS, on January 2, 2026, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in one Apple MacBook Pro model A2780, serial number QDVWDD203X, seized on or about June 26, 2024, in Barcelona, Spain (the "Seized Property"), is forfeitable to the United States, pursuant to 18 U.S.C. §§ 982(a)(2) and 1030(i)(1), as any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violations of 18 U.S.C. § 371, and the defendant's interest in any personal property that was used or intended to be used to commit or to facilitate the commission of such offenses, and/or substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), (Docket No. 36);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning April 1, 2026, through and including April 30, 2026 (Docket No. 40); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(2), 982(b)(1), 1030(i)(1), and 1030(i)(2), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Supervisory Paralegal, Kristen Lake, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Brooklyn, New York
August 7, 2026

SO ORDERED:

s/Hon. Pamela K. Chen
HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK